Lewis E. Hudnell, III (CASBN 218736)
Email: lewis@hudnelllaw.com
**HUDNELL LAW GROUP P.C**.
555 West Fifth Street, 31st Floor
Los Angeles, CA 90013
Telephone: (347) 855-4772
Facsimile: (347) 772-3034

Winston O. Huff
*(Admitted Pro Hac Vice)*
Email: whuff@huffip.com
**W. O. HUFF & ASSOCIATES, PLLC**
302 Market Street, Suite 450
Dallas, TX 75202
Telephone: 214.749.1220
Facsimile:  469.206.2173

*Attorneys for Plaintiff,*
**INSTITUTE FOR INFORMATION INDUSTRY**

STEFANI E. SHANBERG (CASBN 206717)
Email: sshanberg@wsgr.com
ROBIN L. BREWER (CASBN 253686)
Email: rbrewer@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:(415) 947-2000
Facsimile: (415) 947-2099

*Attorneys for Defendant,*
**GOOGLE INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INSTITUTE FOR INFORMATION INDUSTRY, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No.: 3:13-cv-05542-WHO <br><br> STIPULATION OF DISMISSAL AND ORDER <br><br><br> Honorable William H. Orrick |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Institute For Information Industry ("III") and Defendant Google Inc. ("Google") by and through their attorneys, do hereby jointly move for an order approving their Stipulation of Dismissal as follows:

1. III claims are dismissed with prejudice.

2. Google's counterclaims are dismissed without prejudice.

STIPULATION OF DISMISSAL AND ORDER   -1-   Case No. 3:13-cv-05542-WHO

3. Each party is to bear their own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

Dated: November 13, 2014   Respectfully submitted,

By: */s/Winston O. Huff*_____
WINSTON O. HUFF

*Attorneys for Plaintiff,*
**INSTITUTE FOR INFORMATION INDUSTRY**

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By:  */s/ Stefani E. Shanberg*_____
    STEFANI E. SHANBERG

*Attorney for Defendant,*
**GOOGLE INC.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: November 13, 2014   _____
Honorable William H. Orrick
UNITED STATES DISTRICT JUDGE

### ATTESTATION OF E-FILER

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

*/s/ Winston O. Huff*_____
Winston O. Huff

STIPULATION OF DISMISSAL     -2-     Case No. 3:13-cv-05542-WHO
AND ORDER